In the Matter of the Application of ROBERT S. KING for Reinstatement to the Bar.— Motion to modify order of disbarment and to reinstate petitioner denied. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

EMELIA LISANTI, as Administratrix, etc., of FRANK LISANTI, Deceased, Respondent, v. WILLIAM F. KENNY Co., INC., Appellant.— Motion to stay until application to this court for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

ISIDOR MARKOWITZ, an Infant, by ELLEK MARKOWITZ, His Guardian ad Litem, Respondent, v. IKE MILLSTEIN, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

MICA HOLDING CORPORATION, Respondent, v. LOUIS R. GANS and LEE FURNITURE Co., INC., Appellants, and MAURICE MENDELSOHN and WALTER M. ENGEL, Defendants.— Motion to dismiss appeal dismissed, without costs. There is no appeal pending in this court. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

SAMUEL S. ORTNER, Respondent, v. GEORGE STURM, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J.,Rich, Young, Hagarty and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK MARINO, Appellant.— Motion to dismiss appeal granted, and appeal dismissed. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MANASSE NOUSKAJIAN, Appellant.— Motion to enlarge time in which to perfect and argue appeal granted upon condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. STANLEY GELLIS, Appellant, v. THE SHERIFF OF THE COUNTY OF WESTCHESTER and THE WARDEN OF THE COUNTY PENITENTIARY AT WHITE PLAINS, Respondents.— In view of the decision in People ex rel. Gellis v. Sheriff of Westchester County [ante, p. 156], decided herewith, the motion for a stay and to admit relator to bail pending appeal is dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK R. McCULLOUGH, Appellant, v. THE SHERIFF OF KINGS COUNTY and MARYLAND CASUALTY COMPANY, Respondent.— Motion to dismiss appeal granted, and appeal dismissed. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

ALBERT ROBINSON, Respondent, v. EFFICIENT MULTIGRAPHING CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for